IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Net Jets, Inc. and Columbia Insurance Company, | : | |
| | : | Civil Action 2:12-cv-0059 |
| Plaintiffs | | |
| | : | Judge Frost |
| v. | | |
| | : | Magistrate Judge Abel |
| IntelliJet Group, LLC, | | |
| | : | |
| Defendant | | |
| | : | |

## Order Cancelling Settlement Week Mediation

On November 29, 2012, counsel for the parties participated in a telephone conference with the Magistrate Judge and requested that the Settlement Week mediation noticed for December 11, 2012 at 9:00 a.m. be cancelled.  Insufficient discovery has been completed for the parties to participate in a mediation. Most written discovery has been exchanged. One deposition has been taken, but several other depositions had to be rescheduled for January. The parties are on course to complete discovery by the May 1, 2013 deadline. Counsel believe that the parties will be in a position to mediate in March 2013.  The December 2012 Settlement Week mediation is CANCELLED.

This case will be noticed for the March 2013 unless counsel call me (614-719-3370) on or before **January 31, 2013** to set up a telephone conference to let me know the status of discovery, the parties' settlement discussions, and their decision not to participate in the March 2013 Settlement Week.

The Clerk of Court is DIRECTED to serve a copy of this Order on counsel and the Settlement Week Mediator James Carpenter, 41 S. High St., Ste. 2200, Columbus, OH 43215.

                                                                                 s/Mark R. Abel
                                                                             United States Magistrate Judge