IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NetJets, Inc., *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:12-cv-00059 |
| v. | : | Judge Frost |
| IntelliJet Group, LLC, | : | Magistrate Judge Abel |
| Defendant | : | |

# ORDER

Defendant IntelliJet Group, LLC's February 25, 2013 motion to vacate the mediation set for March 15, 2013 at 3:oo p.m. (doc. 28) is GRANTED.

The Clerk of Court is DIRECTED to mail a copy of this Order to the mediator, Sandra Lynskey, 30 E. Broad St., 14th floor, Columbus, Ohio 43215.

s/Mark R. Abel
United States Magistrate Judge