**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**NETJETS INC., et al.,**

    **Plaintiffs,**                               **Case No. 2:12-cv-00059**
                                                        **Judge Gregory L. Frost**
**v.**                                                        **Magistrate Judge Abel**

**INTELLIJET GROUP, LLC,**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiffs' "Motion in Limine to Preclude Testimony or Evidence Regarding Cancellation of Registration as Void *Ab Initio*." (ECF No. 72.) For the reasons stated in this Court's opinion and order allowing Defendant to amend its counterclaim to include a claim for cancellation based on the ground that Plaintiff NetJets' registration of the "INTELLIJET" mark was void *ab initio*, the Court **DENIES** Defendant's motion in limine.

    **IT IS SO ORDERED.**

                                                    **/s/ Gregory L. Frost**
                                                    **GREGORY L. FROST**
                                                    **UNITED STATES DISTRICT JUDGE**