**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**NETJETS INC., et al.,**

      **Plaintiffs,**                        **Case No. 2:12-cv-00059**
                                               **Judge Gregory L. Frost**
**v.**                                     **Magistrate Judge Abel**

**INTELLIJET GROUP, LLC,**

      **Defendant.**

## ORDER

Before the Court is a "Consent Motion to Hold Remaining Claims in Case Moot in Light of Recent Order" ("Consent Motion") signed by both parties. (ECF No. 87.) The Consent Motion asks the Court to dismiss as moot the three remaining claims in Plaintiffs' Complaint, and to strike the only remaining claim in Defendant's Amended Counterclaim.

For good cause shown, the Court **GRANTS** the Consent Motion (ECF No. 87.) The remaining claims in Plaintiffs' Complaint are **DISMISSED AS MOOT** pursuant to the Consent Motion. The remaining claim in Defendants' Amended Counterclaim is **STRICKEN**. As a result of the foregoing, Plaintiffs' pending Motion in Limine to Preclude Testimony or Evidence Regarding Cancellation of Registration as Void *Ab Initio* is moot. The Clerk is **DIRECTED** to enter judgment accordingly and terminate this case on the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

      **IT IS SO ORDERED.**

                                        **/s/ Gregory L. Frost**
                                        **GREGORY L. FROST**
                                        **UNITED STATES DISTRICT JUDGE**